IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CHEVRON CORPORATION,

       Petitioner,
To Issue Subpoenas For The Taking Of
Depositions And The Production Of
Documents.

Civil Action No: 1:10-mc-27

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the following to be transmitted on August 16, 2010, via overnight UPS to the parties and counsel listed on the service list below:

1. CIVIL COVER SHEET
2. APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS;
3. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;
4. DECLARATION OF JAMES M. SABOVICH IN SUPPORT THEREOF;
5. DECLARATION OF CLAUDIA M. BARRETT IN SUPPORT THEREOF;
6. REQUEST FOR JUDICIAL NOTICE OF COURT FILINGS AND ORDERS IN THE LAGO AGRIO LITIGATION AND PROVISIONS OF ECUADORIAN LAW IN SUPPORT THEREOF;
7. REQUEST FOR JUDICIAL NOTICE OF U.S. FILINGS IN SUPPORT THEREOF;
8. CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT;
9. NOTICE OF RELATED ACTIONS;
10. [PROPOSED] ORDER; and

11. [PROPOSED] ORDER TO SHOW CAUSE WHY THIS COURT SHOULD NOT GRANT THE APPLICATION OF CHEVRON CORPORATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

/s/ Claudia M. Barrett
Claudia M. Barrett

# SERVICE LIST

| | |
|---|---|
| Charles Champ<br>29 Persimmon Lane<br>Asheville, NC 28805 | *Respondent* |
| Jonathan S. Abady<br>Ilann Maazel<br>Elora Mukherjee<br>Andrew Celli<br>Andrew F. Wilson<br>Matthew Brinckerhoff<br>EMERY CELLI BRINCKERHOFF &<br>ABADY LLP<br>75 Rockefeller Plaza, 20th Floor<br>New York, NY 10019 | *Counsel for Plaintiffs in the Yaiguaje Litigation (S.D.N.Y.); Laura Belanger, Peter Jones and Interested Parties, the Plaintiffs in the Yaiguaje Litigation [Dist. of CO.];[SD Texas]*<br><br>T: 212-763-5000<br>F: 212-763-5001<br>jabady@ecbalaw.com<br>acelli@ecbalaw.com<br>imaazel@ecbalaw.com<br>emukherjee@ecbalaw.com<br>awilson@ecbalaw.com |
| Steven R. Donziger<br>245 W. 104th St.<br>New York, NY 10025-4249 | *Counsel for Plaintiffs in the Yaiguaje Litigation (S.D.N.Y.)*<br><br>T: 917-566-2526<br>sdonziger@donzigerandassociates.com |
| Eric W. Bloom<br>Lauren Butcher<br>Tomas Leonard<br>WINSTON & STRAWN LLP<br>1700 K Street, NW<br>Washington, D.C. 20006 | *Counsel for ROE in SDNY II Litigation*<br><br>T: 202-282-5743<br>F: 202-282-5100<br>ebloom@winston.com<br>lbutcher@winston.com<br>tleonard@winston.com |
| C. MacNeil Mitchell<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166 | *Counsel for ROE in SDNY II Litigation*<br><br>T: 212-294-6700<br>F: 212-294-4700<br>cmitchell@winston.com |
| Ricardo E. Ugarte<br>WINSTON & STRAWN LLP<br>35 Wacker Drive<br>Chicago, IL 60601 | *Counsel for ROE in SDNY II Litigation*<br><br>T: 312-558-6130<br>F: 312-558-5700<br>rugarte@winston.com |

| | |
|---|---|
| David S. Bloch<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111-5801 | ***Counsel for Interested Party, the ROE in Stratus 1782 proceeding (with Eric Bloom) (Dist. of CO.)***<br><br>T: 415-591-1000<br>dbloch@winston.com |

4