

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Chevron Corporation, Applicant      )
                                    )
vs.                                 )   Case No. __1:10-mc-27__
                                    )
Charles Champ, Respondent           )

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, __George Saenger__, am a member in good standing of the bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B I am moving for the pro hac vice admission the following attorney:

**FULL NAME:** Andrea E. Neuman

**BUSINESS ADDRESS (include firm name):** Gibson, Dunn & Crutcher LLP

3161 Michelson Drive

**CITY:** Irvine   **STATE:** CA   **ZIP:** 92612

**OFFICE TELEPHONE:** (949) 451-3937   **FAX NUMBER:** (949) 475-4653

**E-MAIL ADDRESS** (required):

aneuman@gibsondunn.com

This attorney will be representing:

Chevron Corporation

We certify that:

- The proposed admittee is not a member of the North Carolina bar and does not maintain any law office in North Carolina.
- The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.
- The proposed admittee is a member in good standing of the bars of either the United States Court in:
  California, and/or the highest court of the State of California, and/or the District of Columbia Bar.
- The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.
- The proposed admittee has established or will upon his/her *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of N.C.
- The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.
- **The $250.00 fee for admission *pro hac vice* is being submitted with the filing of this motion.**

Respectfully submitted,

_s/George W. Saenger_
**Signature:**

George W. Saenger
**Printed Name**
Adams Hendon Carson Crow & Saenger, P.A.
**Firm**
72 Patton Avenue
**Street Address**
Asheville, NC 28801
**City, State, Zip**
(828) 252-5381
**Telephone Number**
(828) 252-5018
**Fax Number**
gsaenger@adamsfirm.com
**E-Mail Address**