IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
1:10-MC-00027-GCM

| | | |
|---|---|---|
| **CHEVRON CORP.,** | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING** |
| | ) | **ADMISSION PRO HAC VICE** |
| **CHARLES CHAMP,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the motion of Plaintiff to allow **Andrea E. Neuman** to appear *Pro Hac Vice*, dated August 16, 2010 [doc. #14].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (E), the Court notes that Ms. Neuman has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: August 18, 2010

Graham C. Mullen
United States District Judge