# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:10 mc 27

| | |
|---|---|
| CHEVRON CORPORATION, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| V ) | ORDER |
| ) | |
| CHARLES CHAMP, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the court on George W. Saenger' Application for Admission to Practice *Pro Hac Vice* of Thomas Michael Crimmins. It appearing that Thomas Michael Crimmins is a member in good standing with the Colorado Bar and will be appearing with George W. Saenger, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that George W. Saenger' Application for Admission to Practice *Pro Hac Vice* (#36) of Thomas Michael Crimmins is **GRANTED**, and that Thomas Michael Crimmins is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with George W. Saenger.

Signed: September 2, 2010

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge