**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 mc 27**

| | | |
|---|---|---|
| CHEVRON CORPORATION, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| CHARLES CHAMP, | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the court on George W. Saenger' Application for Admission to Practice *Pro Hac Vice* of Samantha A. Lunn. It appearing that Samantha A. Lunn is a member in good standing with the Texas Bar and will be appearing with George W. Saenger, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that George W. Saenger' Application for Admission to Practice *Pro Hac Vice* (#37) of Samantha A. Lunn is **GRANTED**, and that Samantha A. Lunn is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with George W. Saenger.

Signed: September 2, 2010

Dennis L. Howell
United States Magistrate Judge