IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| CHEVRON CORPORATION, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | 1:10mc27 |
| | ) | |
| CHARLES CHAMP, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |
| | ) | |
| RODRIGO PEREZ PALLARES, and | ) | |
| RICARDO REIS VEIGA, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| vs. | ) | 1:10mc28 |
| | ) | |
| CHARLES CHAMP, | ) | |
| | ) | |
| Respondent. | )_ | |
| _____ | ) | |

This matter is before the court upon Respondent Charles Champ's Rule 72 objection to the Order of Magistrate Judge Dennis Howell granting the applications of Petitioners to issue subpoenas compelling Champ to produce documents and provide deposition testimony pursuant to 28 U.S.C. § 1782. As this Order is nondispositive, the court reviews the Order for clear error pursuant to Rule 72(a). As the court has already noted in its Order of August 31, 2010 denying the motion to stay, Judge Howell's Order appears to be a correct application of the law and is in accordance with numerous other district courts that have decided the related Section 1782 cases. Moreover, the court has thoroughly reviewed the submissions of the parties and finds that even

under a *de novo* review, the magistrate's ruling is correct and in accordance with law. Accordingly,

IT IS THEREFORE ORDERED that the magistrate's Order allowing Petitioners' applications for discovery pursuant to 28 U.S.C. § 1782 is hereby AFFIRMED.

Signed: November 29, 2010

Graham C. Mullen
United States District Judge